UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.: 1:25-cr-00107-SDN |
| BERNARDO ANTONIO CRUZ | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Re-Entry After Prior Deportation)

On about July 1, 2025, in the District of Maine, the defendant,

**BERNARDO ANTONIO CRUZ**

an alien, was found in the United States of America after having been previously removed therefrom on about February 25, 2014, at Brownsville, Texas, and not having obtained the express consent of the Secretary of the United States Department of Homeland Security to reapply for admission to the United States of America.

All in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL,

Date: 7/16/25

Signature Redacted – Original on file with the Clerk's Office

_____
(Assistant) United States Attorney